IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | ) | No. 23-CR-2039 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): |
| CHRISTOPHER MARQUA' LAKE, | ) | Possession of Ammunition by a |
| | ) | Drug User |
| Defendant. | ) | |
| | ) | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of Ammunition by a Prohibited Person

On or about June 28, 2022, in the Northern District of Iowa, defendant CHRISTOPHER MARQUA' LAKE, knowing that he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed ammunition, specifically, Barnes 9mm Luger and Tulammo 9mm Luger ammunition, and the ammunition was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

### Forfeiture Allegation

By virtue of having committed the acts specified in Count 1 of this Indictment, defendant CHRISTOPHER MARQUA' LAKE shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of

1

Title 18, United States Code, Section 922(g)(3), including but not limited to the ammunition listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____ 06-27-2023
Grand Jury Foreperson      Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/28/2023
PAUL DE YOUNG, CLERK